In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (Boardwalk, between West 11th St. and West 12th St., Coney Island, New York — Guarantee No. 171,050). JOHN G. WARD et al., as Executors and Trustees of WILLIAM J. WARD, Deceased, Appellants; LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee for Certificate Holders, et al., Respondents.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.